847 A.2d 57

**In re NOMINATION PETITION OF Marc W. STIER as Candidate for the Democratic Nomination for Representative of the General Assembly in the 198th District.**

**Objection of Rosita Youngblood.**

**Appeal of Rosita Youngblood.**

Supreme Court of Pennsylvania.

April 20, 2004.

Margaret M. Stuski, for Rosita Youngblood.

Daniel Segal, Nina L. Russakoff, Philadelphia, for Marc W. Stier.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

## *ORDER*

PER CURIAM:

**AND NOW,** this 20th day of April, 2004, the order of the Commonwealth Court is AFFIRMED and the Motion for Expedited Hearing is DENIED as moot.